| | | | |
|---|---|---|---|
| Com. v. Lugo [19] | 12/29/2015 | 599 MAL (2015) | Denied | Pa.Super., 125 A.3d 444 |
| Com. v. Macklin | 12/21/2015 | 492 EAL (2015) | Denied | Pa.Super., 125 A.3d 464 |
| Com. v. Martin [20] | 12/29/2015 | 480 EAL (2015) | Denied | Pa.Super., 125 A.3d 438 |
| Com. v. McDonald | 12/08/2015 | 490 EAL (2015) | Denied | Pa.Super., 125 A.3d 457 |
| Com. v. McDonald [21] | 12/29/2015 | 793 MAL (2015) | Denied | Pa.Super., 125 A.3d 464 |
| Com. v. Miles [22] | 12/29/2015 | 467 EAL (2015) | Denied | Pa.Super., 47 A.3d 1238 |
| Com. v. Millard [23] | 12/29/2015 | 301 WAL (2015) | Denied | Pa.Super., 26 A.3d 1199 |
| Com. v. Morales [24] | 12/29/2015 | 615 MAL (2015) | Denied | Pa.Super., 125 A.3d 452 |
| Com. v. Morency [25] | 12/29/2015 | 628 MAL (2015) | Denied | Pa.Super., 125 A.3d 456 |
| Com. v. Muhammad [26] | 12/31/2015 | 280 EAL (2015) | Denied | Pa.Super., 121 A.3d 1136 |
| Com. v. Neal [27] | 12/29/2015 | 418 EAL (2015) | Denied | Pa.Super., 121 A.3d 1120 |

19. Justice EAKIN did not participate in the decision of this matter.
20. Justice EAKIN did not participate in the decision of this matter.
21. Justice EAKIN did not participate in the decision of this matter.
22. Justice EAKIN did not participate in the decision of this matter.
23. Justice EAKIN did not participate in the decision of this matter.
24. Justice EAKIN did not participate in the decision of this matter.
25. Justice EAKIN did not participate in the decision of this matter.
26. Justice EAKIN did not participate in the decision of this matter.
27. Justice EAKIN did not participate in the decision of this matter.